**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 21 2008
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES OF AMERICA

vs.

JAMES EASTON

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-429 (GHL)

_Bradford Riendeau, Esq._
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

**XX** guilty __ nolo contendere] as to count(s) __1 as amended on the record__

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:** March 29, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $255.00, payable no later than June 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original count of the Information is dismissed on motion of the United States.

_April 16, 2008_
Date of Imposition of Sentence

_April 19, 2008_
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge